# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>C. NICHOLAS PEREOS, *et al.*,<br><br>　　　　　　　　Defendants. | 3:21-cv-00031-MMD-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, July 29, 2022.**

**IT IS SO ORDERED.**

DATED: July 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE