UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 3:21-00031-MMD-CSD |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| C. NICHOLAS PEREOS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

    The United States' Unopposed Motion for a 30-Day Extension of Time to File is GRANTED. The Parties shall file their Proposed Discovery Plan and Scheduling Order on or before **Friday, August 26, 2022**.

    IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: **July 28, 2022**

5