*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 3:21-00031-MMD-CSD |
| Plaintiff, | ) |
| | ) **_ORDER_** |
| v. | ) |
| C. NICHOLAS PEREOS, *et al.*, | ) |
| Defendants. | ) |

The United States' Unopposed Motion for a 30-Day Extension of Time to File is GRANTED. The Parties shall file their Proposed Discovery Plan and Scheduling Order on or before ***Monday, September 26, 2022***.

*IT IS SO ORDERED:*

*UNITED STATES MAGISTRATE JUDGE*

*DATED:* August 29, 2022

5