**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:21-00031-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| C. NICHOLAS PEREOS, *et al.*, | |
| Defendants. | |

The United States' Motion to Lift the Stay of Proceedings (ECF No. 47) is GRANTED.  The Parties shall file their Proposed Discovery Plan and Scheduling Order on or by **Friday, December 16, 2022**.

**IT IS SO ORDERED.**

_____
**MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**
**DATED THIS 19th Day of December 2022.**